IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

CLYDE OWEN,

                                Plaintiff,

    -against-

BRISTOL-MYERS SQUIBB COMPANY, and
SCHERING CORPORATION,

                                Defendants.

---------------------------------------------------------------------X

Index No.:
07 CV 7424

**CERTIFICATE OF IDENTIFICATION PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned, as counsel of record for defendant, **SCHERING CORPORATION**, certifies that it does not have a parent corporation and no publicly held company owns ten percent or more of its stock.

Dated: New York, New York
       September 25, 2007

                                Respectfully Submitted,

                                SEDGWICK, DETERT, MORAN, & ARNOLD LLP

                                By: _____
                                MATTHEW J. McCAULEY (MM-9610)
                                *Attorneys for Defendants*
                                *BRISTOL-MYERS SQUIBB COMPANY and*
                                *SCHERING CORPORATION*
                                125 Broad Street, 39th Floor
                                New York, New York 10004-2400
                                Telephone: (212) 422-0202
                                Facsimile: (212) 422-0925
                                [SDMA File No. 0196-005953]

To:    David S. Nalven, Esq. (DN-2374)
       Kimberly Dougherty, Esq. (Pro Hac Vice)
       HAGENS BERMAN SOBOL SHAPIRO LLP
       One Main Street, 4th Floor
       Cambridge, MA 02142
       Telephone: (617) 482-3700

-2-

Facsimile: (617) 482-3003

Robert B. Cary, Esq. (Pro Hac Vice)
Donald Andrew St. John, Esq. (Pro Hac Vice)
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 E. Camelback Road, Suite 650
Phoenix, Arizona 85016
Telephone (602) 840-5900
Facsimile (602) 840-3012