## CERTIFICATE OF SERVICE

I, MATTHEW J. McCAULEY, hereby certify that a true and correct copy of the attached **ANSWER** was served electronically pursuant to General Order 5.2 for the Southern District of New York on September 25, 2007, upon:

David S. Nalven, Esq.
Hagens Berman Sobol Shapiro LLP
One Main Street, Fourth Floor
Cambridge, MA 02142

Robert B. Cary, Esq.
Donald Andrew St. John, Esq.
Hagens Berman Sobol Shapiro LLP
2425 E. Camelback Road, Suite 650
Phoenix, Arizona 85016

MATTHEW J. McCAULEY (MM-9610)