UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
CLYDE OWEN
vs.
Defendant
BRISTOL-MYERS SQUIBB COMPANY, AND SCHERING CORPORATION

Case No.: 07 CV 7424
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on 9/4/2007

I, FRANCES E DIXON, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Sep 5 2007 1:45PM, I executed service of COMPLAINT AND DEMAND FOR JURY TRIAL; SUMMONS on SCHERING CORPORATION at 1200 S PINE ISLAND Road, PLANTATION, Broward County, FL 33324

By Personal Service to: Donna Moch, Section Head for CT Corporation

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Execute on Sep 09, 2007
FRANCES E DIXON, Reg. # 620, BROWARD, FL

State of Florida County of Broward
Subscribed and sworn to before me, a notary public on Sep 09, 2007

Notary Public
ID: 8210810
Client Reference: 16155813

NOTARY PUBLIC-STATE OF FLORIDA
Jason Jon Jones
Commission # DD596383
Expires: SEP. 18, 2010
BONDED THRU ATLANTIC BONDING CO., INC.

PFI Order No. 8210810