## AFFIDAVIT OF SERVICE

In concordance with the August 28, 2007 [Proposed] CMO for Coordination and Scheduling of Tequin Cases §6(a) I, Joanne Williams, Esq., agrees to accept service of process in these cases (without, however, waiving any objections to personal jurisdiction or venue):

1. Green v. Bristol-Myers Squib Co., 07-cv-7423; and

2. Owen v. Bristol-Myers Squibb Co., 07-cv-7424.

*Joanne Williams*
Joanne Williams, Esq.

001917-11 194077 V1