-3-

## CERTIFICATE OF SERVICE

I, Matthew J. McCauley, hereby certify and affirm that a true and correct copy of the attached **CERTIFICATE OF IDENTIFICATION PURSUANT TO RULE 7.1** was served electronically pursuant to United States District Court, Southern District of New York Local Rule 5.2 on October 5, 2007, upon:

>David S. Nalven, Esq. (DN-2374)
>Kimberly Dougherty, Esq. (Pro Hac Vice)
>HAGENS BERMAN SOBOL SHAPIRO LLP
>One Main Street, 4th Floor
>Cambridge, MA 02142
>Telephone: (617) 482-3700
>Facsimile: (617) 482-3003

>Robert B. Cary, Esq. (Pro Hac Vice)
>Donald Andrew St. John, Esq. (Pro Hac Vice)
>HAGENS BERMAN SOBOL SHAPIRO LLP
>2425 E. Camelback Road, Suite 650
>Phoenix, Arizona 85016
>Telephone (602) 840-5900
>Facsimile (602) 840-3012

/s/ Matthew J. McCauley
MATTHEW J. McCAULEY (MM-9610)