-26-

## CERTIFICATE OF SERVICE

I, Matthew J. McCauley, hereby certify and affirm that a true and correct copy of the attached **ANSWER** was served electronically pursuant to United States District Court, Southern District of New York Local Rule 5.2 on October 5, 2007, upon:

David S. Nalven, Esq.
Kimberly Dougherty, Esq.
Hagens Berman Sobol Shapiro LLP
One Main Street, Fourth Floor
Cambridge, MA  02142

Robert B. Cary, Esq.
Donald Andrew St. John, Esq.
Hagens Berman Sobol Shapiro LLP
2425 E. Camelback Road, Suite 650
Phoenix, Arizona  85016

MATTHEW J. McCAULEY (MM-9610)