UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK

| | |
|---|---|
| CLYDE OWEN, <br>           Plaintiff, <br> vs. <br> BRISTOL-MYERS SQUIBB COMPANY and SCHERING CORPORATION, <br>           Defendants. | C.A. No. 07-7424 (HB) <br><br> **NOTICE OF SERVICE** <br><br> (Assigned to the Honorable Harold Baer, Jr.) |

Plaintiff Clyde Owen, by and through his attorneys, hereby notifies the Court that on this date he served his Initial Disclosure Statement by mailing the original to counsel for Bristol-Myers Squibb Company and Schering Corporation.

RESPECTFULLY SUBMITTED this 5th day of October, 2007.

**HAGENS BERMAN SOBOL SHAPIRO, LLP**

s/Donald Andrew St. John
Robert B. Carey
Donald Andrew St. John
HAGENS BERMAN SOBOL SHAPIRO LLP
2425 E. Camelback Road, Suite 650
Phoenix, Arizona 85016
Telephone: (602) 840-5900
Facsimile: (602) 840-3012

David S. Nalven, DN-2374
Kimberly A. Dougherty, DN-58014
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**CERTIFICATION OF SERVICE**

I hereby certify that on October 5, 2007, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

**David Covey**
david.covey@sdma.com

**Matthew McCauley**
matthew.mccauley@sdma.com

I hereby certify that I transmitted via United Parcel Service Next Day Air the Notice of Service of Plaintiff's Rule 26 Initial Disclosure Statement to the following:

**Barry Gerstman**
Sedwick, Detert, Moran & Arnold LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400

                                                s/Donald Andrew St. John