AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    NEW YORK

CLAY OWEN

**APPEARANCE**

v.

BRISTOL-MYERS SQUIBB COMPANY ET AL.                    Case Number:   07-07424

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

BRISTOL-MYERS SQUIBB COMPANY

SCHERING CORPORATION

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/18/07 | David Covey                    DC3729 |
| Date | Print Name                    Bar Number |
| | 125 Broad Street, 39th Fl. |
| | Address |
| | New York        New York        10004-2400 |
| | City        State        Zip Code |
| | (212) 422-0202        (212) 422-0925 |
| | Phone Number        Fax Number |

David.covey@sdma.com