## CERTIFICATE OF SERVICE

I, David Covey, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served via Regular Mail on this 18th day of Octorber, 2007, upon the following:

David S. Nalven, Esq.
Kimberly Dougherty, Esq.
Hagens Berman Sobol Shapiro LLP
One Main Street, Fourth Floor
Cambridge, MA 02142

Robert B. Cary, Esq.
Donald Andrew St. John,q.
Hagens Berman Sobol Shapiro LLP
2425 E. Camelback Road, Suite 650
Phoenix, Arizona 85016

David Covey (DC-3729)

Dated:    New York, New York
          October 18, 2007