# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CLAY OWEN

**APPEARANCE**

v.

BRISTOL-MYERS SQUIBB COMPANY ET AL.

Case Number: 07-07424

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

BRISTOL-MYERS SQUIBB COMPANY

SCHERING CORPORATION

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/18/07 | _(signature)_ |
| Date | Signature |
| | Barry Gerstman |
| | Print Name / Bar Number |
| | 125 Broad Street, 39th Fl. |
| | Address |
| | New York / New York / 10004-2400 |
| | City / State / Zip Code |
| | (212) 422-0202 / (212) 422-0925 |
| | Phone Number / Fax Number |
| | Barry.gerstman@sdma.com |