## CERTIFICATE OF SERVICE

    I, Barry L. Gerstman, hereby certify and affirm that a true and correct copy of the attached **NOTICE OF APPEARANCE** was served via Regular Mail on this 16th day of October, 2007 upon the following:

    David S. Nalven, Esq.
    Kimberly Dougherty, Esq.
    Hagens Berman Sobol Shapiro LLP
    One Main Street, Fourth Floor
    Cambridge, MA  02142

    Robert B. Cary, Esq.
    Donald Andrew St. John, Esq.
    Hagens Berman Sobol Shapiro LLP
    2425 E. Camelback Road, Suite 650
    Phoenix, Arizona  85016

    _____
    Barry L. Gerstman (BG-3691)

Dated:    New York, New York
             October 16, 2007

NY/510677v1