UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK

| | |
|---|---|
| CLYDE OWEN,<br>                  Plaintiff,<br><br>  vs.<br><br>BRISTOL-MYERS SQUIBB COMPANY and<br>SCHERING CORPORATION,<br><br>                  Defendants. | C.A. No. 07-7424 (HB)<br><br>**NOTICE OF SERVICE**<br><br>(Assigned to the Honorable Harold Baer, Jr.) |

Plaintiff Clyde Owen, by and through his attorneys, hereby notifies the Court that on November 7, 2007, he served his First Supplemental Disclosure Statement by mailing, via United Parcel Service Next Day Air, the original to counsel for Bristol-Myers Squibb Company and Schering Corporation.

RESPECTFULLY SUBMITTED this 8th day of November, 2007.

                              **HAGENS BERMAN SOBOL SHAPIRO, LLP**

                              s/Donald Andrew St. John
                              Robert B. Carey
                              Donald Andrew St. John
                              HAGENS BERMAN SOBOL SHAPIRO LLP
                              2425 E. Camelback Road, Suite 650
                              Phoenix, Arizona 85016
                              Telephone: (602) 840-5900
                              Facsimile: (602) 840-3012

                              David S. Nalven, DN-2374
                              Kimberly A. Dougherty, DN-58014
                              HAGENS BERMAN SOBOL SHAPIRO LLP
                              One Main Street, 4th Floor
                              Cambridge, MA 02142
                              Telephone: (617) 482-3700
                              Facsimile: (617) 482-3003

**CERTIFICATION OF SERVICE**

I hereby certify that on November 8, 2007, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

**David Covey**
david.covey@sdma.com

**Matthew McCauley**
matthew.mccauley@sdma.com

**Barry Gerstman**
barry.gerstman@sdma.com


    s/Georgia O'Neill