UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLYDE OWEN,

    Plaintiff,

vs.

BRISTOL-MYERS SQUIBB COMPANY,

    Defendant.

C.A. No. 07-7424 (HB)

**NOTICE OF SERVICE**

(Assigned to the Honorable Harold Baer, Jr.)

Plaintiff Clyde Owen, by and through his attorneys, hereby notifies the Court that on February 20, 2008, he served, by mailing the originals to counsel for Bristol-Myers Squibb Company, Responses to Defendants' Discovery Demands as follows:

1. NOTICE FOR DISCOVERY & INSPECTION OF DOCUMENTS WHICH WILL BE USED TO ESTABLISH ECONOMIC LOSS, ETC.;

2. DEMAND FOR LIEN INFORMATION;

3. NOTICE FOR PRODUCTION OF MOVIES;

4. DEMAND FOR COLLATERAL SOURCE INFORMATION;

5. DEMAND FOR STATEMENTS;

6. NOTICE FOR DISCOVERY & INSPECTION OF X-RAYS AND OTHER DIAGNOSTIC FILMS;

7. DEMAND FOR EXPERT WITNESS DISCLOSURE;

8. NOTICE FOR DISCOVERY & INSPECTION;

9. DEMAND FOR INCOME TAX RETURNS;

10. DEMAND FOR EMPLOYMENT AND EDUCATIONAL INFORMATION;

11. DEMAND FOR NAMES AND ADDRESSES OF WITNESSES;

12. DEMAND FOR MEDICAL INFORMATION AND AUTHORIZATIONS;

13. NOTICE OF DISCOVERY & INSPECTION.

RESPECTFULLY SUBMITTED February 20, 2008.

       **HAGENS BERMAN SOBOL SHAPIRO, LLP**

       s/Donald Andrew St. John
       Robert B. Carey
       Donald Andrew St. John
       HAGENS BERMAN SOBOL SHAPIRO LLP
       2425 E. Camelback Road, Suite 650
       Phoenix, Arizona 85016
       Telephone: (602) 840-5900
       Facsimile: (602) 840-3012

       David S. Nalven, DN-2374
       Kimberly A. Dougherty, DN-58014
       HAGENS BERMAN SOBOL SHAPIRO LLP
       One Main Street, 4th Floor
       Cambridge, MA 02142
       Telephone: (617) 482-3700
       Facsimile: (617) 482-3003

**CERTIFICATION OF SERVICE**

    I hereby certify that on February 20, 2008, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

**David Covey**
david.covey@sdma.com

**Matthew McCauley**
matthew.mccauley@sdma.com

**Barry Gerstman**
barry.gerstman@sdma.com

    ____s/Georgia O'Neill_____