UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK

| | |
|---|---|
| CLYDE OWEN,<br><br>                Plaintiff,<br><br>vs.<br><br>BRISTOL-MYERS SQUIBB COMPANY and SCHERING CORPORATION,<br><br>                Defendants. | C.A. No. 07-7424 (HB)<br><br>**NOTICE OF SERVICE**<br><br>(Assigned to the Honorable Harold Baer, Jr.) |

Plaintiff Clyde Owen, by and through his attorneys, hereby notifies the Court that on March 10, 2008, he served his Third Supplemental Disclosure Statement by mailing, via United Parcel Service Next Day Air, the original to counsel for Bristol-Myers Squibb Company and Schering Corporation.

RESPECTFULLY SUBMITTED on March 10th, 2008.

                                              **HAGENS BERMAN SOBOL SHAPIRO, LLP**

                                              s/Donald Andrew St. John
                                              Robert B. Carey
                                              Donald Andrew St. John
                                              HAGENS BERMAN SOBOL SHAPIRO LLP
                                              2425 E. Camelback Road, Suite 650
                                              Phoenix, Arizona 85016
                                              Telephone: (602) 840-5900
                                              Facsimile: (602) 840-3012

                                              David S. Nalven, DN-2374
                                              Kimberly A. Dougherty, DN-58014
                                              HAGENS BERMAN SOBOL SHAPIRO LLP
                                              One Main Street, 4th Floor
                                              Cambridge, MA 02142
                                              Telephone: (617) 482-3700
                                              Facsimile: (617) 482-3003

**CERTIFICATION OF SERVICE**

I hereby certify that on March 10, 2008, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:

**David Covey**
david.covey@sdma.com

**Matthew McCauley**
matthew.mccauley@sdma.com

**Barry Gerstman**
barry.gerstman@sdma.com

                                        ____s/Lauren M. Uhler_____