```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CLYDE OWEN,

                          Plaintiff,

      -against-

BRISTOL-MYERS SQUIBB COMPANY, and
SCHERING CORPORATION,

                        Defendants.
------------------------------------------------------------X

Index No.:
07 CV 7424

STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is, discontinued with prejudice, without costs to either party against the other. The Clerk of the Court is instructed to close this case and remove it from my docket.

Dated: New York, New York
         April 30, 2008

Andrew St. John, Esq.
Hagens Berman Sobol Shapiro LLP
Attorneys for Plaintiff
2425 East Camelback Road, Suite 650
Phoenix, AZ 85016

Matthew J. McCauley, Esq. (MM-9610)
Sedgwick, Detert, Moran & Arnold LLP
Attorneys for Defendants
Bristol-Myers Squibb Company and Schering Corporation
125 Broad Street, 39th Floor
New York, New York 10004

So Ordered
[signature] 5/22/08
Honorable District Court
Judge Harold Baer